**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jorge Caravajal,

    Plaintiff,

v.

Dr. Bryan, et al.,

    Defendants.

Case No.: 2:20-cv-01449-JAD-BNW

**Order Denying as Moot IFP Application by a Prisoner and Directing Plaintiff to Take Corrective Action**

    The Nevada Department of Corrections' inmate database states that pro se plaintiff Jorge Caravajal is no longer incarcerated. Mr. Caravajal, however, has not filed an updated address with the court. Mr. Caravajal is cautioned that under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

    IT IS THEREFORE ORDERED that Mr. Caravajal has until **November 21, 2021,** to update the Court with his current address. If he does not timely update the Court with his current address, this action will be dismissed without prejudice for failure to prosecute and failure to comply with the Court's order.

    IT IS FURTHER ORDERED that Mr. Caravajal's application to proceed *in forma pauperis* for prisoners [ECF No. 1] is **DENIED as moot** because he is no longer incarcerated.

    IT IS FURTHER ORDERED that Mr. Caravajal has until **November 21, 2021,** to either (1) file an application to proceed *in forma pauperis* by a non-prisoner or (2) pay the full $400.00

filing fee for a civil action.[1] If Mr. Caravajal does not timely file the appropriate application to proceed *in forma pauperis* or pay the full filing fee, this case will be dismissed without prejudice for failure to comply with the Court's order.

**DATED:** October 21, 2021

                                                  Brenda Weksler
                                                  United States Magistrate Judge

---

[1] This amount is comprised of the $350.00 filing fee for a civil action plus the $50.00 administrative fee. Caravajal initiated this action on August 5, 2020, *see* ECF No. 1, before the administrative fee increased to $52.00 on December 1, 2020.